UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5277 PA (MAAx) | Date | September 25, 2024 |
|---|---|---|---|
| Title | Marlen Medina v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On August 28, 2024, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution. ("Order to Show Cause"). (Docket No. 14.) Generally, defendants must answer the complaint within 21 days after service . Fed. R. Civ. P. 12(a)(1). In the present case, however, it appeared that this time period had not been met. On August 28, 2024, Defendants County of Los Angeles, Karen Fletcher, Guillermo Viera Rosa, Kevin Woods, Felicia Cotton, Luis Dominguez, Michael Solis, and Julio Avila filed an answer to the First Amended Complaint. (Docket No. 15.) On August 29, 2024, Plaintiff Marlen Medina also filed a Response to the Court's Order to Show Cause, supported by a declaration from her counsel. (Docket No. 16.)

Accordingly, the Court hereby discharges the Order to Show Cause.

IT IS SO ORDERED.